# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAINEATER, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-175E |
| | ) | |
| v. | ) | Consolidated with 13-222E |
| | ) | |
| JIUJIANG YADA TRAFFIC | ) | Judge Cathy Bissoon |
| EQUIPMENT CO., LTD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having considered Raineater's Motion (**Doc. 30**), Yada's response and the communications between counsel, as reflected in attachments to the motion papers, the Court hereby ORDERS that Raineater's Motion is **GRANTED**, to this extent. Given Yada's insistence that mediation include Terry Suppa and TSW, Distribution LLC ("Suppa"), and given the alignment of interests between Suppa and Yada, Raineater shall be responsible for only 1/3 of mediation costs should Suppa participate.

IT IS FURTHER ORDERED that the November 1, 2013 deadlines in the Order dated October 24, 2013 (Doc. 26) hereby are extended until **Tuesday, November 5, 2013**.

Finally, the Court must note its growing impatience with the parties' inability to resolve the most routine of litigation matters in this case. The parties and their lawyers must look past their prior disagreements, and move forward reasonably and in good faith in resolving this litigation. The Court already has expended significant judicial resources on this case, and it has no intention of holding the parties' and counsels' hands in resolving every disagreement.

Should the parties continue to require this level of third-party supervision, the Court will assign a special master, **at the parties' equally-shared expense**. The Court cannot properly sit as a full-time arbiter of the parties' myriad disagreements, as doing so would be unfair to the many other litigants having business before the Court.

IT IS SO ORDERED.


November 1, 2013
                s\Cathy Bissoon
                Cathy Bissoon
                United States District Judge

cc (via ECF email notification):

All Counsel of Record